In the Matter of the Application of IDA C. CLARK for Payment of Award for Damage Parcels 28, 39 and 41, as Shown on the Damage Map in a Certain Proceeding Brought in This Court by The City of New York, for Acquiring Title to a Pumping Station, Bounded by Avenue Y, etc., in the Borough of Brooklyn, County of Kings, The City of New York. EMILIE R. FLANNERY, Appellant; IDA C. CLARK, JOHN J. VOORHIES and Others, Respondents. (Proceeding Number One.) In the Matter of the Application of IDA C. CLARK for Payment of Award Made for Damage Parcels 1, 2, 3, 4, 5 and 6, as Shown on the Damage Map in a Certain Proceeding Brought in This Court by The City of New York, for Acquiring Title to Knapp Street, Borough of Brooklyn, County of Kings, The City of New York, from Avenue Z to Emmons Avenue. EMILIE R. FLANNERY, Appellant; IDA C. CLARK, JOHN J. VOORHIES and Others, Respondents. (Proceeding Number Two.)

In the Matter of the Application of IDA C. CLARK for Payment of Award Made for Damage Parcels 128, 129, 130, 131, 132, 133, 134, 135, 136 and 137, as Shown on the Damage Map in a Certain Proceeding Brought in This Court by The City of New York, for Acquiring Title to Lands for the Opening of Avenue Z, etc., in the Borough of Brooklyn, County of Kings, The City of New York. EMILIE R. FLANNERY, Appellant; IDA C. CLARK, JOHN J. VOORHIES and Others, Respondents. (Proceeding Number Three.) In the Matter of the Application of IDA C. CLARK for Payment of Award Made for Damage Parcel 11, as Shown on the Damage Map in a Certain Proceeding Brought in This Court by The City of New York, for Acquiring Title to a Pumping Station, Bounded by Avenue Z, etc., in the Borough of Brooklyn, County of Kings, The City of New York. EMILIE R. FLANNERY, Appellant; IDA C. CLARK, JOHN J. VOORHIES and Others, Respondents. (Proceeding Number Four.) — Motion for reargument denied, with ten dollars costs. The abstract of deed from Williams to Aste was part of petitioner's Exhibit No. 28 before the referee. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Johnston, Adel and Taylor, JJ.; Hagarty, J., not voting.